UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COURTESY COPY

DRIP CAPITAL, INC.,

Plaintiff,

1:24-cv-02755-CM

-against-

DEFAULT JUDGMENT

BIG STOCK, INC., AND ITALO LIGERO,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2024

This action having been commenced on April 11, 2024 by the filing of the Summons and

Complaint (Dkt. No. 1), and copies of the Summons and Complaint having been personally

served on the defendants by service (i) on Italo Ligero in accordance with NY CPLR 308(2) on

May 28, 2024 and (ii) on Big Stock, Inc., a New Jersey Corporation with its principal place of

business in New Jersey, through the New Jersey Department of Treasury in accordance with New

Jersey Court Rule 2A:15-30.1 on May 29, 2024, and Proof of Service having been filed on June

12, 2024 (Dkt. Nos. 9 and 10), and the defendants not having answered the Complaint, and the

time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against

defendants in the liquidated amount of $566,086.96, inclusive of contractual interest as of April

11, 2024, plus costs and disbursements of this action in the amount of the case filing fee of $405

amounting in all to $566,491.96, with interest accruing thereafter at the rate of 9% in accordance

with New York law (NY CPLR 5004).

DATED: New York, NY
        October 21, 2024

_____
Clerk of the Court
USDJ